**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| OMATSEYE NANNA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-00088-GLF-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| JP RECOVERY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Omatseye Nanna, and Defendant, JP Recovery Services, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

| | | | |
|---|---|---|---|
| By: | /s/ David B. Levin | By: | /s/ John P. Langenderfer |
| | Attorney for Plaintiff | | Attorney for Defendant |
| | Allen Chern Law LLC | | Surdyk Dowd & Turner Co., L.P.A. |
| | One South Dearborn Street, Suite 2100 | | 8163 Old Yankee Street, Suite C |
| | Chicago, IL 60603 | | Dayton, OH 45458 |
| | Phone: (312) 212-4355 | | Phone: (937) 222-2333 |
| | Fax: (866) 633-0228 | | Fax: (937) 333-1970 |
| | dlevin@toddflaw.com | | jlangenderfer@sdtlawyers.com |

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff